GEORGE H. BALL, Respondent, *v.* THE EVENING POST PUBLISHING COMPANY, Appellant.

(Argued January 19, 1886; decided January 26, 1886.)

*John G. Milburn* for appellant.

*Frank C. Ferguson* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

CHARLES W. DURANT, JR., Respondent, *v.* WILLIAM P. ABENDROTH, Impleaded, etc., Appellant.

ABRAHAM VAN DOLAN, Respondent, *v.* THE SAME, Appellant.

(Argued January 19, 1886; decided January 26, 1886.)

*Wm. Henry Arnoux* for appellant.

*Carlisle Norwood, Jr.,* for respondent.

Agree to affirm; no opinion.
All concur.
Orders affirmed.

---

DANIEL ACKERMAN et al., Appellants, *v.* CHARLES C. DE LUDE, Respondent.

(Argued January 19, 1886; decided January 26, 1886.)

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.